IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSHUA GONZALEZ, | § | |
| | § | |
| Defendant Below, | § | No. 240, 2023 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1604016007 (N) |
| | § | |
| Appellee. | § | |

Submitted: August 11, 2023
Decided: September 5, 2023

## <u>ORDER</u>

On July 6, 2023, the appellant, Joshua Gonzalez, filed this appeal from a Superior Court order, dated and docketed on June 1, 2023, denying his motion for postconviction relief. A timely notice of appeal should have been filed on or before July 3, 2023.[1] On July 7, 2023 and July 24, 2023, the Clerk's Office issued notices directing Gonzalez to show cause why this appeal should not be dismissed as untimely filed. The July 7, 2023 notice to show cause was delivered on July 31, 2023. The July 24, 2023 notice to show cause was delivered on July 25, 2023. A timely response to a notice to show cause is within ten days of receipt.[2] Gonzalez

---

[1] Supr. Ct. R. 6, 11.
[2] Supr. Ct. R. 29(b).

has not responded to either notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

2